## CLERK'S MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Steven C. Yarbrough

Arraignment

| Case Number: | 18-2945 WJ | UNITED STATES vs. LEVEILLE | |
|---|---|---|---|
| Hearing Date: | March 21, 2019 | Time In and Out: | 9:39 am – 9:54 am |
| Clerk: | K. Dapson | Courtroom: | Rio Grande |
| Defendant: | Jany Leveille | Defendant's Counsel: | Kari Converse & Angelica Hall |
| AUSA | George Kraehe & Kimberly Brawley | Pretrial/Probation: | A. Urias |
| Interpreter: | | | |

| PROCEEDINGS | | | |
|---|---|---|---|
| ☐ | Defendant sworn | | |
| ☐ | First Appearance by Defendant | | |
| ☒ | Defendant received a copy of charging document | | |
| ☒ | Defendant questioned re: time to consult with attorney regarding penalties | | |
| ☒ | Defendant waives reading of Superseding Indictment | | |
| ☒ | Defendant enters a Not Guilty plea | | |
| ☐ | Motions due by: | | |
| ☐ | Discovery Order electronically entered | ☐ | Discovery Order previously entered |
| ☒ | Case assigned to: Chief Judge Johnson | | |
| ☒ | Trial will be scheduled by presiding judge | ☐ | Trial currently set |
| **Custody Status** | | | |
| ☐ | Defendant waives detention hearing | | |
| ☒ | Defendant previously detained | | |
| ☐ | Conditions | | |
| **Other** | | | |
| ☐ | | | |