**CLERK'S MINUTE SHEET**
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Steven C. Yarbrough

Arraignment

| Case Number: | 18-2945 WJ | | UNITED STATES vs. WAHHAJ | |
|---|---|---|---|---|
| Hearing Date: | March 21, 2019 | Time In and Out: | | 9:39 am – 9:54 am |
| Clerk: | K. Dapson | Courtroom: | | Rio Grande |
| Defendant: | Siraj Ibn Wahhaj | Defendant's Counsel: | | Thomas Clark & Shammara Henderson |
| AUSA | George Kraehe & Kimberly Brawley | Pretrial/Probation: | | A. Urias |
| Interpreter: | | | | |

**PROCEEDINGS**

| | |
|---|---|
| ☐ | Defendant sworn |
| ☐ | First Appearance by Defendant |
| ☒ | Defendant received a copy of charging document |
| ☒ | Defendant questioned re: time to consult with attorney regarding penalties |
| ☒ | Defendant waives reading of Superseding Indictment |
| ☒ | Defendant enters a Not Guilty plea |
| ☐ | Motions due by: |

| | | | |
|---|---|---|---|
| ☐ | Discovery Order electronically entered | ☐ | Discovery Order previously entered |
| ☒ | Case assigned to: Chief Judge Johnson | | |
| ☒ | Trial will be scheduled by presiding judge | ☐ | Trial currently set |

**Custody Status**

| | |
|---|---|
| ☐ | Defendant waives detention hearing |
| ☒ | Defendant previously detained |
| ☐ | Conditions |

**Other**

| | |
|---|---|
| ☐ | |