# CLERK'S MINUTE SHEET
## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Steven C. Yarbrough

Arraignment

| | | | |
|---|---|---|---|
| Case Number: | 18-2945 WJ | UNITED STATES vs. WAHHAJ | |
| Hearing Date: | March 21, 2019 | Time In and Out: | 9:39 am – 9:54 am |
| Clerk: | K. Dapson | Courtroom: | Rio Grande |
| Defendant: | Subhanah Wahhaj | Defendant's Counsel: | Billy Blackburn & Ryan Villa |
| AUSA | George Kraehe & Kimberly Brawley | Pretrial/Probation: | A. Urias |
| Interpreter: | | | |

## PROCEEDINGS

☐ Defendant sworn

☐ First Appearance by Defendant

☒ Defendant received a copy of charging document

☒ Defendant questioned re: time to consult with attorney regarding penalties

☒ Defendant waives reading of Superseding Indictment

☒ Defendant enters a Not Guilty plea

☐ Motions due by:

☐ Discovery Order electronically entered     ☐ Discovery Order previously entered

☒ Case assigned to: Chief Judge Johnson

☒ Trial will be scheduled by presiding judge     ☐ Trial currently set

## Custody Status

☐ Defendant waives detention hearing

☒ Defendant previously detained

☐ Conditions

## Other

☐