## CLERK'S MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Steven C. Yarbrough

Arraignment

| | | | |
|---|---|---|---|
| Case Number: | 18-2945 WJ | UNITED STATES vs. MORTON | |
| Hearing Date: | March 21, 2019 | Time In and Out: | 9:39 am – 9:54 am |
| Clerk: | K. Dapson | Courtroom: | Rio Grande |
| Defendant: | Lucas Morton | Defendant's Counsel: | Amy Sirignano & Marc Lowry |
| AUSA | George Kraehe & Kimberly Brawley | Pretrial/Probation: | A. Urias |
| Interpreter: | | | |

**PROCEEDINGS**

☐ Defendant sworn

☐ First Appearance by Defendant

☒ Defendant received a copy of charging document

☒ Defendant questioned re: time to consult with attorney regarding penalties

☒ Defendant waives reading of Superseding Indictment

☒ Defendant enters a Not Guilty plea

☐ Motions due by:

| | | | |
|---|---|---|---|
| ☐ | Discovery Order electronically entered | ☐ | Discovery Order previously entered |
| ☒ | Case assigned to: Chief Judge Johnson | | |
| ☒ | Trial will be scheduled by presiding judge | ☐ | Trial currently set |

**Custody Status**

☐ Defendant waives detention hearing

☒ Defendant previously detained

☐ Conditions

**Other**

☐