**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                         Case No. 1:18-cr-02945-WJ

JANY LEVEILLE,
SIRAJ IBN WAHHAJ,
HUJRAH WAHHAJ,
SUBHANAH WAHHAJ, and
LUCAS MORTON,

    Defendants.

### ORDER STRIKING DEFENDANTS' *PRO SE* DECLARATIONS (Doc. 580, 581, 582)

THIS MATTER comes before the Court upon the Declaration Statements filed by Defendant Hujrah Wahhaj (Doc. 580, 581) and My Declaration filed by Defendant Subhanah Wahhaj (Doc. 582) on January 17, 2023.

Defendants are presently represented by counsel in this matter. Pursuant to this Court's local rules, a represented party may not submit *pro se* filings without prior approval of the court. Specifically, Local Rule 44.2 provides that "[u]nless permitted by the Court, a defendant who is represented by an attorney may not represent him or herself in any way, including filing any document other than a motion for new counsel, a motion seeking to represent him or herself, or a notice of appeal." D.N.M.-LR-CR 44.2. Defendants did not obtain prior approval from this Court to submit their *pro se* filings as required by Local Rule 44.2.

District Courts have discretion as to whether to allow hybrid representation. *See United States v. Couch*, 758 F. App'x 654, 656 (10th Cir. 2018). This Court does not permit hybrid representation. *Id.* ("You either represent yourself or you're represented by counsel."). Defendants are currently represented by appointed counsel so they may not file pleadings on behalf of themselves, and the Court will not consider pleadings filed by Defendants *pro se*. For this reason the Declaration Statements filed by Defendant Hujrah

1

Wahhaj (Doc. 580, 581) and My Declaration filed by Defendant Subhanah Wahhaj (Doc. 582) on January 17, 2023 are hereby **STRICKEN**.

    **IT IS SO ORDERED**.

_____
CHIEF UNITED STATES DISTRICT JUDGE