**FILED**
**UNITED STATES DISTRICT COURT**
**ALBUQUERQUE, NEW MEXICO**

JUL 0 5 2023

**MITCHELL R. ELFERS**
**CLERK**

Siraj Wahhaj
Federal Detainee, N0.00414151
P.O. BOX 3540
Milan, New Mexico 87021

June 24, 2023

Greetings Chief Judge William Johnson,

Thank you for allowing me to proceed Pro Se, you have no idea what it means to me to be allowed to fight for my family and myself lives. I am writing you because of some very disturbing occurrences since you allowed me proceed Pro Se on May 26, 2023. On June 2, 2023, I filed a motion for the production of Grand Jury Transcripts under Rule 6(e)(ii). Including in that motion was a letter requesting the clerk's Office to provide me with a time stamped copy of that motion and the transcripts of the Faretta hearing on May 26, 2023.

I received a print out of my account balance indicating I was charged for the postage on June 2, 2023. In my attempt to follow through to assure that the Court received it, I called on the phone in my 700 C unit, which the clerk's office did not pick up. On or about Monday June 12, 2023, I asked Detention Officer ("DO") Chaquito, (she works in the ICE building where attorney visits, phone calls, zoom visits etc., are conducted), if she can email or fax the Court to inquire if they received my motion and request. She stated she had to get authorization to allow me to email of fax the Court and that I can do it through my lawyer. I informed her that I am representing myself Pro Se. She informed me that she would like to help me but she has a chain of command. She asked her supervisor Sgt Deseadario for authorization for my request. She stated that Sgt Deseadario informed her that I was not allowed to email or fax the Courts. I asked her if she can show me a policy that I am not allowed to email or fax the Court. I am still waiting to be shown a policy that does not exist.

On or about June 14, 2023,  I also asked Counselor ("CC") Simmon to fax or email my documents to the Court. He informed me that chief of security Jones informed him that was the librarian's job. On Thursday June 15, 2023, I requested from Unit managers request N0. 256769001 and counselors N0. 256769091 to make a legal call to the Court. I still had not had any responses to those requests.

1

I witnessed many occasions where attorneys faxed pleas over to detainees needing their signatures in a timely fashion.  The same goes for documents from the Courts. However I did not let that deter me, on or about June 19, 2023, I asked the librarian Mitchell if she could email the Court to inquire about the issues I raised. She informed me that she had to get permission to execute my request. She went to Unit Manager Lopez who informed her that she was not going to put her name on that document. I asked Ms Mitchell if they can fax the request if they do not want to email it. She informed me that she will asked the Warden Mark Foreman. She later informed me that the warden and assistant warden both told her they are not lawyers and the only services they offer is certified mail, this causes me irreparable harm.

Since I have been allowed to proceed Pro Se, I am being hindered from having access to the Courts. What I am requesting is not for unreasonable accommodations, these are services that everyone who has an attorney has access to. On Friday June 23, 2023, I called my investigator Dennis Maes, he informed me that Mr Clark and Mr Robert informed him that he is no longer on my case. That was amazing to me because I recalled on May 26, 2023, at the Faretta hearing, Mr Clark requested and was granted permission from the Court for Mr Maes to stay on as my investigator, acting in the capacity of my paralegal because I do not have one. Mr Maes stated to check the order for specifics which I did. In your order Doc.793 it did not specify his staying on as my investigator nor denial. It states " Therefore, the Court grants the motion, in part. Consistent with the services authorized for Defendant Lucas Morton, the Court authorizes funding for litigation resources provided through the assistance of Siraj Ibn Wahhaj's CJA court- appointed standby counsel, Thomas clark, including the assistance of a paralegal working under the direction of the through standby counsel, and use of a computer with all discovery materials loaded on the hard-drive of the computer. To the extent the services of Perfectly Legal are necessary for provision of the paralegal and computer through standby counsel, those services are also authorized." On Friday June 23, 2023, I left a message with standby counsel Mr. Clark's secretary to set up an appointment.

Again, I am not requesting special treatment, I knew what I signed up for, I am just requesting that CCCC not hinder me from having reasonable access to the Courts that everyone else has. It is not unreasonable to have documents emailed or faxed to the Court to ensure that the Court received motions or request in a timely manner, So I will not be blamed for filings that are untimely or not recorded at all. I have exhausted my administrative remedies, now I am turning to you a judicial unbiased Officer of the Court for assistance. I am losing time waiting for assistance with access to the Courts, which causes me prejudice. Because I am detained and have been for 5 years this greatly stifles my ability to have access to the Courts. All I am requesting is for an unobstructed fair opportunity to fight my case. I am requesting the following, anything you can help to facilitate is greatly appreciated :

1. The Stamp copy of my motion for the production of Grand Jury Transcripts under Rule 6(e)(ii), filed on June 2, 2023.

2. The transcripts for the Faretta hearing on May 26, 2023.

3. An order in writing allowing my investigator Dennis Maes to stay on as my investigator acting as a paralegal role, for he knows this case bettter than any of the atttorneys. He was on this case from the inception 5 years ago.

4. All documents I file for a stamped copy.

5. An order allowing me to email or fax the Court at CCCC.


Thank you for any assistance in assuring that any of my constitutional rights are upheld.

Respectfully,

I swear under penalty of perjury that these statements are true and correct.

by: _Siraj Wahhaj_
Siraj Wahhaj
N0.00414151

Dated: 6/30/23

SIGNED AND SWORN TO before me this 30th day of June,
20 23, by Wahhaj, Siraj

My commission expires; May 9, 2026

(SEAL)

Notary Public

> STATE OF NEW MEXICO
> NOTARY PUBLIC
> PATRICIA LOPEZ
> Commission # 1137934
> My Comm. Exp. May 9, 2026

4

Siraj Wahhaj
Federal Detainee, No. 00414115
P.o. Box 3540
Milan, New Mexico 87c

RECEIVED
UNITED STATES DISTR.
ALBUQUERQUE, NEW M.

JUL 06 2023

MITCHELL R. ELFERS
CLERK

CERTIFIED MAIL

7022 3330 0000 0905 5162

To. United States District Court
District of New Mexico
Office of the clerk
suite 270
333 Lomas BLVD, N. W.
Albuquerque, New Mexico 87102

Mail

US POSTAGE AND PITNEY BOWES

ZIP 87021
02 4W
0000363673JUL 03 2023

$ 008.34°