Siraj Wahhaj
Federal Detainee, N0.00414151
P.O. BOX 3540
Milan, New Mexico 87021

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 06 2023

MITCHELL R. ELFERS
CLERK

June 24, 2023

Greetings Clerk's Office,

    My case N0.18-CR-02945-WJ, I am requesting 17 subpoenas under Rule 17 (a) Content. A subpoena must state the court's name and title of the proceeding, include the seal of the court, and command the witness to attend and testify at the time and place the subpoena specifies. The clerk must issue a blank subpoena- signed and sealed - to the party requesting it, and that party must fill in the blanks before subpoena is served, for the Following:

1. Taos County Undersheriff Jerry Hogrefe
2. CYFD Attorney Rachel Kolman
3. CYFD CPA Athony Barajas
4. CYFD CPA Sherrie Duran
5. SA Travis Taylor
6. SA Adelfa Garcia
7. Sgt Jason Rael
8. Clara Mendoza
9. Naomi Campbell MD
10. SA Sam Hartman
11. Officer Paul Garcia
12. Detective Kim Strafella
13. Deputy Jake Cordova
14. Taos County Sheriff Steve Miera
15. NMSP Sgt Cox
16. Homeland Security
17. Jason Badger

Thank You!

Respectfully,

I swear under penalty of perjury that these statements are true and correct.

by: *[signature]*
Siraj Wahhaj
N0.00414151

Dated: 6/30/23

SIGNED AND SWORN TO before me this 30th day of June 20 23, by Wahhaj Siraj

My commission expires: May 9, 2026   *[signature]*
(SEAL)                                  Notary Public

```
STATE OF NEW MEXICO
NOTARY PUBLIC
PATRICIA LOPEZ
Commission # 1137934
My Comm. Exp. May 9, 2026
```

