IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                                           No. 1:18-CR-02945-WJ

JANY LEVEILLE, et al.,
    Defendants.

## HUJRAH WAHHAJ'S NOTICE OF JOINDER IN
## UNOPPOSED MOTION FOR SPECIAL JURY QUESTIONNAIRE AND
## ENLARGED JURY PANEL [Doc 815]
## AND
## RESPONSE TO UNITED STATES' OBJECTION TO SPECIFIC QUESTIONS
## WITHIN DEFENDANT'S SPECIAL JURY QUESTIONNAIRE [Doc 834]

Defendant Hujrah Wahhaj, through counsel Marshall J. Ray and Donald F. Kochersberger III, notifies the Court and all parties of her joinder in Subhanah Wahhaj's Unopposed Motion for Special Jury Questionnaire and Enlarged Jury Panel [Doc 815] and Response to United States' Objection to Specific Questions Within Defendant's Special Jury Questionnaire [Doc 834]. In support of this Joinder, Defendant STATES:

Defendant fully adopts the argument contained in Defendant Subhanah Wahhaj's Unopposed Motion for Special Jury Questionnaire and Enlarged Jury Panel [Doc 815] and Response to United States' Objection to Specific Questions Within Defendant's Special Jury Questionnaire [Doc 834] and joins in the requests for relief contained therein.

WHEREFORE, for the reasons identified in Defendant Subhanah Wahhaj's Unopposed Motion for Special Jury Questionnaire and Enlarged Jury Panel [Doc 815] and Response to United States' Objection to Specific Questions Within Defendant's Special Jury Questionnaire [Doc 834], Defendant Hujrah Wahhaj also respectfully requests that the Court adopt each of the provisions of the proposed special jury questionnaire attached as Exhibit 1 to Document 815.

Respectfully Submitted:

*/s/ Donald F. Kochersberger III*
Donald F. Kochersberger III
BUSINESS LAW SOUTHWEST LLC
6801 Jefferson St. NE, Suite 210
Albuquerque, NM 87109
(505) 848-8581
Donald@BusinessLawSW.com


*/s/ Marshall J. Ray*
Marshall J. Ray
Law Offices of Marshall J. Ray, LLC
514 Marble Ave, NW
Albuquerque, NM 87111
(505) 312-2748
mray@mraylaw.com

*Attorneys for Defendant Hujrah Wahhaj*