FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 04 2024

MITCHELL R. ELFERS
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

     Plaintiff,

vs.                             No. 1:18-CR-02945-WJ

LUCAS MORTON,

     Defendant.

### DEFENDANT LUCAS MORTON'S SENTENCING MEMORANDUM

Lucas Morton, pro se Defendant (DEFENDANT), presents this sentencing memorandum and respectfully asks that the Court consider Rules of Criminal Procedure 32(i)(2), which there exists Tenth Circuit precedence, and allow DEFENDANT to clarify for the record some prejudicial misconceptions and misstatements that have led to his wrongful conviction. DEFENDANT does not wish to open up a new trial at sentencing. Rather, he wishes for the Court to consider all pertinent information before he is wrongfully sentenced for crimes that he was not aware existed. In this regard DEFENDANT moves the Court to consider the following:

### Legal Argument for Fed. Crim. P. R. 32(i)(2)

"After conviction, a /defendant's due process right to liberty, while diminished, is still present. He retains an interest in a sentencing proceeding that is fundamentally fair." *Betterman v. Montana,* 136 S. Ct. 1609, 1617, 194 L. Ed. 2D 723 (2016). A defendant's due process rights at sentencing hearings include the rights afforded under *Brady, Giglio* and their progeny, and require the prosecution to produce exculpatory evidence known to the prosecution to the defendant, in accordance with any deadlines established by the Court. See e.g., *Brady v. Maryland*, 373 U.S. 83, 87, 83 S.

Ct. 1194, 10 L. Ed. 2D 215 (1963). Similarly, the Jencks Act, which is codified in Rule 32(i)(2), applies to sentencing proceedings and requires the prosecution to produce witness statements at the conclusion of direct testimony of the witness. See e.g., *United States v. Rosa,* 891 F.2d 1074,1079 (3d Cir. 1989).

In addition, a criminal defendant enjoys due process rights to not have his sentence enhanced based on "inaccurate information", *United States v. Reynoso*, 254 F.3d 467, 473 (3d Cir. 2001)(citing *United States v. Nappi*, 243 F.3d 758, 763 (3d Cir. 2001), "clearly erroneous facts," *United States v. Wise*, 515 F.3d 207, 218 (3d Cir. 2008); *Gall v. United States*, 552 U.S. 38, 51, 128 S. Ct. 586, 169 L. Ed. 2D 445 (2007), "materially false information," *United States v. McDowell*, 888 F.2d 285, 290 (3d Cir. 1988), and /or "unsupported speculation," *United States v. Berry*, 553 F.3d 273, 281 (3d Cir. 2009). Finally, a District Court's computation of a higher sentencing range resulting from a due process violation "too seriously affects the fairness, integrity, or public reputation of judicial proceedings to be left uncorrected." *United States v. Saferstein*, 673 F.3d 237, 244 (3d Cir. 2012); *United States v. Tai*, 750 F.3d 309, 320 (3d Cir. 2014)(citing same).


The Court of Appeals has rightly recognized that:

the sentence imposed on a defendant is the most critical stage of criminal proceedings, and is, in effect, the "bottom-line" for the defendant, particularly where the defendant has plead guilty. This being so, we can perceive no purpose in denying the defendant the ability to effectively cross-examine a government witness where such testimony may, if accepted, add substantially to the defendant's sentence. Rosa, 891 F.2d at 1079.

*United States v. Godwin*, 296 Fed. Appx. 744; 2008 U.S. App. Lexis 21757

Rule 32 provides that the sentencing court "may permit the parties to introduce evidence on the objections." Fed. R. Crim. P. 32(i)(2). A proffer of evidence is an acceptable means of resolving a sentencing issue. See, e.g., *United States v. Bristow*, 110 F.3d 754, 756 (11th Cir. 1997)(per curiam)(defendant's proffer supporting a request for a downward departure accepted as fact by sentencing court). When the district court invited Godwin to respond to the state's Godwin's attorney again did not call any witnesses. Both Detective Rodriguez and Agent Osborne were present at the sentencing hearing and Godwin's attorney could have examined them prior to the district court's ruling. Nontheless, the district court later permitted Godwin's attorney to revisit the issue by questioning

Detective Rodriguez and Godwin about the matter. Neither Godwin's nor Detective Rodriguez's testimony caused the sentencing judge to revoke his previous ruling. Tellingly, Godwin fails to state what further evidence or testimony he would or could have presented on the issue. In light of the foregoing, we conclude that the district court afforded Godwin a full and fair opportunity to present evidence on the matter in compliance with Rule 32.

See also *Horvath,* 492 F.3d at 1082 (Rymer, J., dissenting)

Were the rule otherwise, and the probation officer served only as a kind of judicial postal service, one might also ask why Rule 32 affords so many opportunities for parties to summit statements, representations, writings or documents "to a judge." For example, before defendant is sentenced, he or she must be given the chance to review and object to the PSR. Fed. R Crim. P. 32(f). The court, in turn, may accept only undisputed portions of the PSR as its findings of fact. *Id.* R. 32(i)(3)(A). The parties may also present additional evidence to the judge concerning any unresolved objections. See *id*. R. 32(i)(2). And the judge is required to rule on any unresolved objections prior to sentencing. See *id.* R. 32(i)(3)(B).

Fed. R. Evid. 614(a) provides that a district court may, on its own motion or at the suggestion of a party, call witnesses. By their own terms, however, the Federal Rules of Evidence do not apply to sentencing hearings. Fed. R. Evid. 1101(d)(3). Nor does Fed R. Crim. P. 32, which governs sentencing, specifically provide a basis for the court's action; Fed. R. Crim. P. 32 states only that the court may permit the parties to introduce evidence, including witness testimony. Fed. R. Crim. P. 32(i)(2). Accordingly, the courts must look elsewhere to determine whether a sentencing court has the power to call and question a witness. *United States v. Scott*, 469 F.3d 1335, 2006 U.S. App. Lexis 32289 (10th Cir. Okla., 2006)

The Supreme Court has recognized a "longstanding principle that sentencing courts have broad discretion to consider various kinds of information" relevant to the sentencing decision. *United States v. Watts*, 519 U.S. 148, 151, 117 S. Ct. 633, 136 L Ed. 2D 554 (1997). This principle is codified at 18 U.S.C. ss 3661, which provides that "[n]o limitation shall be placed on the information...which a court

of the United States may receive and consider for the purpose of imposing an appropriate sentence." In _United States v. Garcia_, we held that a district court "acted well within [its] discretion" in calling two witnesses to confirm information raised in the PSR, rather than relying exclusively on facts stipulated by the parties. 78 F.3d 1457, 1462-63 (10th Cir. 2006). Moreover, in addressing this issue, we treated the calling of witnesses as part of the district court's obligation to gather information relevant to the sentencing determination. _Id._ At 1463 n,6 (holding that a sentencing court "must establish the relevant facts" even where there is no factual dispute between the government and the defendant); see also United States v. Doe, 398 F.3d 1254, 1260 (10th Cir. 2005)(quoting _United States v. Lara-Velasquez_, 919 F.2d 946, 955 (5th Cir. 1990), for the proposition that "[t]he sentencing judge has an obligation to consider all the relevant factors in a case and to impose a sentence outside the guidelines in an appropriate case").

See 18 U.S.C. ss3661; Fed. R. Crim. P. 32(i)(3)(B) (requiring a district court to rule on "any disputed portion of the presentence report or other controverted matter" (emphasis added)).

The rules of Criminal Procedure state that the district court "must" allow the parties to "comment on the probation officer's determinations and other matters relating to an appropriate sentence," and that the court "may" permit the parties "to introduce evidence on the objections." Fed. R. Crim. P. 32(i)(1), 32(i)(2). The Sentencing Guidelines provide that "[w]hen any factor important to the sentencing determination is reasonably in dispute, the parties shall be given an adequate opportunity to present information to the court regarding that factor." U.S.S.G. ss 6A1.3 This does not give any party the right to introduce live testimony, but they must be given an "adequate" opportunity to present relevant information to the court. _United States v. Gines_, 964 F.2d 972, 978 (10th Cir. 1992). See _Rita v. United States,_ 127 S Ct. 2456, 2465, 168 L. Ed. 2D 203 (2007) (stressing "the thorough adversarial testing contemplated by federal sentencing procedure"). After the parties' presentation of information, the sentencing court "must—for any disputed portion of the presentence report or other controverted matter—rule on the dispute or determine that a ruling is unnecessary either because the matter will not

affect sentencing, or because the court will not consider the matter in sentencing." Fed. R. Crim. P. 32(i)(3)(B).

The district court made statements at the various hearings indicating its concern about the effect of now-Booker on its ability to consider evidence beyond the trial record. As this court has previously explained, Booker merely prohibits district courts from applying the Guidelines in a mandatory fashion, *United States v. Lawrence*, 405 F.3d 888, 907 (10th Cir. 2005). Booker does not "prohibit [] the district court from making the same factual findings and applying the same enhancements" to a defendant's sentence that it would have pre-Booker. Id.; see also *United States v. Magallanez*, 408 F.3d 672, 685 (10th Cir. 2005) ("[W]hen a district court makes a determination of sentencing facts by a preponderance test under the now-advisory Guidelines, it is not bound by jury determinations reached through application of the more onerous reasonable doubt standard."), cert. Den., 546 U.S. 955, 126 S. Ct. 468, 163 L. Ed 2d 356 (2005).

DEFENDANT endorses all of the aforementioned arguments as they apply to this case in chief.

Wherefore, DEFENDANT humbly moves this Court to consider, "A document filed pro se is to be liberally construed, and a pro se complaint, however inartfully pleaded, must be held to less stringent standards than formal pleadings drafted by lawyers." *Erickson v. Pardus,* 551 U.S. 89, 94, 127 S. Ct 2197, 167 L. Ed. 2D 1081 (2007)(quotation marks and citations omitted). And allow DEFENDANT to clarify the record by asking Hakima Ramzi just a few questions whose answers were not previously expounded on a have led to DEFENDANT'S wrongful conviction.

Respectfully Submitted,

Lucas Morton
C.C.C.C
P.O. Box 3540
Milan, NM 87021

PSR Exhibits

U.S. Department of Homeland Security                Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| LEVEILLE, JANY | 088 372 419<br>Event No: ABQ1808000014 | 08/14/2018 |

Office of the Chief Counsel indicated that if LEVEILLE was issued the Employment
Authorization Document (EAD), by USCIS, under deferred action based on the approved I-360
petition, LEVEILLE may not be amendable to removal proceedings. But if not, LEVEILLE would
be amendable to removal. Form I-797, notice of action dated October 31, 2007 indicates that
LEVEILLE was granted deferred action for a period of 15 months from the date of the notice.
The I-797 notice of action indicates that in order to extend deferred action LEVEILLE would
either have to submit a request in writing for an extension or have an approved form I-765
for employment authorization. As stated above, LEVEILLE'S Employment Authorization Document
expired on April 16, 2018 and there is no record found that LEVEILLE has filed form I-765 to
request an extension of employment authorization or submitted a written request. Based on
this information LEVEILLE no longer has deferred action as her I-485 was denied and her EAD
expired in April 2018 a long with no record of requesting an extension.  With OCC
concurrence Jany LEVEILLE will be placed into immigration proceedings.

On August 14, 2018 LEVEILLE, Taos County Detention Center honored the I-247 detainer due to
the potential media interest in the case and Jany LEVEILLE was released ICE/ERO custody from
the Taos County Detention Center located in Taos, New Mexico. Deportation Officer J. Wasson
identified himself as a Deportation Officer with Immigration and Customs Enforcement. Upon
questioning, LEVEILLE was identified by biographical data, photo and her own admission.

LEVEILLE was transported to the Immigration and Customs Enforcement Office in Albuquerque,
NM for processing without incident.

RECORDS CHECKS:

A routine query of the ENFORCE/IDENT/IAFIS system, Criminal, and Immigration history checks
revealed the following:

IMMIGRATION HISTORY: 088 372 419

On June 24, 1998, LEVEILLE's last documented entry into the United States was at or near New
York City, NY as a B2 Visitor.
On April 17, 2006 LEVEILLE submits an I-130 petition under the name Jany Louis Jacques.
On May 5, 2007 LEVEILLE submits an I-360 petition under the name Jany Louis Jacques.
On October 31, 2007 USCIS sent approval notice for I-360 petition.
On May 1, 2008 LEVEILLE submits I-485 application to adjust status to permanent resident.
On May 16, 2008 USCIS sent rejection notice for I-485 application.
On July 21, 2008 LEVEILLE submits I-485 application to adjust status to permanent resident.
On July 28, 2008 USCIS sent rejection notice for I-485 application.
On December 23, 2008 USCIS sends approval notice for I-130 petition.
On May 1, 2017 LEVEILLE submits I-485 application to adjust status to permanent resident.
On April 16, 2018 LEVEILLE's Employment Authorization Document expires.
On June 29, 2018 USCIS sent rejection notice for I-485 application.

CRIMINAL HISTORY: No FBI Number

On August 8, 2018 LEVEILLE was charged in the Eighth Judicial District Court, County of
Taos, State of New Mexico with 11 counts of Child Abuse contrary to Section 30-6-1(D), NMSA
1978, a third-degree felony. Criminal Case is pending.

According to court documents the Taos Sheriff's Department found LEVEILLE in control of a
property, upon which eleven children resided. Trip hazards, wood with nails sticking up,

| Signature | Title |
|---|---|
| J 4294 WASSON | DO |

3 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

37. "Go back to them, and be sure
We shall come to them
With such hosts as they
Will never be able to meet:
We shall expel them
From there in disgrace,
And they will feel
Humbled (indeed)."

38. He said (to his own men):
"Ye Chiefs! which of you
Can bring me her throne[3273]
Before they come to me
In submission?"

39. A stalwart of the Jinn said:[3274]
"I will bring it to thee
Before thou rise from thy
Council: indeed I have
Full strength for the purpose,
And may be trusted."

40. Said one who had knowledge[3275]
Of the Book: "I will
Bring it to thee before ever
Thy glance returns to thee.
Then when (Solomon) saw it
Placed firmly before him,
He said: "This is

---

** her presents instead of her submission to the true Religion! He flung back the presents
at her, as much as to say, "Let these baubles delight your own hearts! Allah has blessed
me with plenty of worldly goods, and something infinitely better, viz.: His Light and
Guidance! Why do you say nothing about that?"

3273. The throne is symbolical of power and dignity. So far her throne was based
on material wealth: Solomon is going to alter it to a basis of Faith and the Religion of
Unity.

3274. Ifrīt: a large, powerful jinn.

3275. Solomon was thankful to Allah that he had men endowed with such power,
and he had the throne of Bilqīs transported to his Court and transformed as he desired,
without Bilqīs even knowing it.

12/20/2017
Aliases;
Notes:
  Hakamah Ramzi
**Age:**
intake ,apart • Ricky Porter
**Case Name: Ramzi,Hakamah**
**Case #: 17753725**
**INTAKE REPORT**
CHILD **PROTECTIVE SERVICES**
**Primary Caretaker**
**SSN: Language:** English

# 17064975

**No Role**
**Approx: N DOB:**
**Gender:** Female
**DOD:**
**Reason:**
**Ethnicity:** Unable to Determine (Non-Hispanic)
**Marital: Married**
## Addresses:
I
## Phones:
## Aliases:
**Notes;**
**Residence** 7021 Tara Blvd. **Attn:**
Room 223 **Notes:**
Jonesboro, GA 30236-1647
Clayton

**Contact(678)** 754-5897 Ext.
## Victim
Wahhaj,Abdul G
**Notes:**
## ALLEGATION DETAIL
## CALL NARRATIVE
Top of Form
## Allegation(s)
Inadequate Supervision
*Document worker safety issues. special or sensitive case handling information on the Special Handling Window.*
**REPORTER'S ALLEGATIONS/GENERAL INFORMATION;**
Wort< Item #: 52449833
*__Date/time of the Report: 12/3/2017 6:43 PM__*
https://lwebmail.claytoncountyga.gov/owa/#viewmodel=ReadMessageItem&ItemID=AAMkADImYTIhN2Q5LWViNTEtNDVINS04ZDc3L

TVhNzkwNWZm... 3/8


**US v. Jany Leveille et al 22429**

**ADDITIONAL COMMENTS:**
intake report - Ridty *Patet*
Case Name: RamzJ,Hakamah
Case#: 17753
**INTAKE REPORT**
CHILD PROTECTIVE **SERVICES**

# 17064975

Notified {Clayton} County on~ll SSS {Lanesha Evans} via telephone call on {12/3/2017} at {7:19 PM} regarding the {IMM} response time assignment. Advised SSS {Lanesha Evans} that the call was received on {12/3/2017} at {6:43 PM}. A follow up email was sent to SSS {Lanesha Evans} at {9:08 **PM}.**
*LOCATION OF CHILD: Directions. When the family is home. Where the victim can be seen.*
*Child's Name: Abdul Ghani Noah Ibn Siraj Wahhaj (One Child)*
*Location at the time of the report: 3072 Washington Rd East Point GA 30344*
Bollom of i=orm
**Intake Case Manager Justification:**

ICM Landrum recommends ISA of IMM RT. Maltreatment code N3 applies based on concerns of BFa performing "black magic" on VC due to belief that VC is possessed. Present danger has been identified based on safety threat Parent's Viewpoint of Child is Bizarre as evidenced by BFa believing the VC to be possessed. Immediate as VC is still currently with BFa and BFa believes the VC to be possessed. Clearly observable as BF a has practiced "black magic" on VC who is special needs and VC complained of feeling suffocated when held down. Significant as VC is special needs, unable to walk, nonverbal and BF a is practicing "black magic" on the VC. No CPS history located.
**Supervisory Justification:**

SSS, a. Thomas, assigns this report as an Initial Safety Assessment with an Immediate response time assign~d. Acco_rding to the reporter, BF picked _the child up on Thursday and has not returned the child. BFa and the stepmother are performing
•black magic" exorcisms on the child which involve holding the child down. The reporter believes that the child was being suffocated while being held down. The child is special needs and is not able to walk or talk. The following maltreatment code(s) was identified at the time of intake: N3; Inadequate Supervision (Inadequate Care and Protection). The information ~

does cross the safety threshold and there is concern for the present safety of th~ child(ren) at this time as present danger ⁻ safety threats have been identified. The following present danger safety threat was identified at the time of intake: 3. Bizal'Te Behaviors. ICM was unable to locate any past CPS history at the time of intake.
https://Webmail.claytoncountyga.gov/owa/#Viawmodel=ReadMessageItem&ltemlO""-MMkADlmYTlhN2QSLWViNTEtNOV1NS04ZOc3I

TVhNzkwNWZm... 6/8

**US v. Jany Leveille et al 22432**

Smirking, he changed his body's position away from me, clearly projecting that he was doubting my claims. However, deep down inside, he acknowledged the words as true, and sought forgiveness within himself. Then, he felt compelled to question my claim's authenticity of being the Mahdi. So, I read more messages, starting with Allah's acceptance of his repentance. That startled him even more, he knew he did not speak aloud. Once again, he turned his body, but this time, in my direction, smiling attentively.

The messages that followed hit it off for him. He was getting instructions to do things he prayed for, and in return, Allah promised him the beautiful women in the Garden of Paradise, in which rivers flow.

Ibn Siraj and Luqman were ordered to go back to our home and wait for the assailants. There, Ibn Siraj and Luqman were ordered to ambush them and gun them down. Allah further indicated that Ibn Siraj would survive the attack, but Luqman would die a martyr.

Since he always desired martyrdom in Allah's cause, he was set to go. He embraced his family and said goodbye. He approached Ibn Siraj, and asked him to please care for his family. Surely it was a sad moment, but we were there for each other. Without much delay, he entered his truck and drove towards our home to wait.

A few hours later, after 9:30 p.m., he texted Ibn Siraj, reporting seeing a suspicious white Chrysler. Afterwards, he said more cars were coming, just lurking around the house multiple times. He copied down their license plates. It was clearly time for Ibn Siraj to join Luqman.

The suspicious cars going back and forth, obviously were waiting for our cars to arrive. I suggested to Ibn Siraj to use my car, to trick them into believing he was not home, in order to bait them in. When Ibn Siraj arrived, he perceived what Luqman observed. Both warriors felt the intensity of the night, with the cars coming back and forth, gazing towards the house. Luqman and Ibn Siraj waited in their post, ready for action, looking left... looking right....

After several hours, the suspects were no longer creeping around. Ibn Siraj contacted me at sunrise, requesting to check with Allah. Allah implied that He was

pleased with Ibn Siraj and Luqman, and that indeed, they were being tested and passed the test.
And furthermore, He added that the muggers intended to assassinate our whole family. Since Ibn Siraj's car was not on site, they ran in circles, hoping for him to come on the premises. After hours of waiting, they concluded that Ibn Siraj must be with Hakima, and planned to return the following night to make sure we all taste the severe punishment, as if they gave us life.
Evidently, the next move was to move out of that cursed house. Ibn Siraj promptly proposed going to his land in Alabama. We had to protect ourselves from all these assassins. After asking Allah, through Surat-ul Kahf, He instructed for us to leave by night. He stated that indeed we'd be the people of the cave. We informed Hujrah of the plan. It was still early afternoon. We started gathering everything we needed. Hujrah took the children to the laundromat to wash some clothes before the trip. Ibn Siraj, Abdul Ghani and I remained in Hujrah's apartment....

I heard a strong knock at the door. Peeking at the door, I saw the police. "Why would the police be at the door?" I whispered.
I quickly called Hujrah to notify her. She strongly believed maybe we made too much noise, and the neighbors reported her. Judging that she was right, I felt safe to tell Ibn Siraj to go talk to the officer.
When he greeted the police officer, I was standing by the door, staring at the cop as to hear the conversation. But oddly, the cop seems to not notice me. "How could he not?" I thought. I was standing right beside Ibn Siraj. Assuming maybe it's best that way, I moved away.
The officer returned Ibn Siraj's greetings, and asked if he could have a word with Ibn Siraj Wahhaj. Realizing then, that Allah purposely veiled me, I completely left the room. Since Hujrah had my vehicle, they assumed I was completely absent. Rushing to know what was happening, I opened up the Qur'an. Allah stated that they plotted, but Allah plotted as well, and He is the Best of Plotters. When Ibn Siraj came back in, I asked for details. He replied, saying: "They were plotting, but Allah's plan gained mastery." I smiled in the affirmative. He then proceeded saying, that Hakima and Muhammad were with the officer. Both of them remained silent at first. Next, the officer initiated the conversation, saying: "She just wants to see her son!"

Feeling compassion for Hakima, Ibn Siraj agreed, then offered Abdul Ghani. But, before she could fully grab him, her arrogance conquered her and she said, obnoxiously: "Give me my son!" Ibn quickly pulled him back towards himself. He perceived Abdul Ghani would not have been returned to him. With confidence, he said piercingly: a No! You have to go to court." Feeling completely defeated, the officer turned towards Hakima and said with frustration: {/Ma'am, we spoke about this!"
It was no longer necessary to keep entertaining them. "This conversation is over!" Ibn Siraj muttered, leaving them hanging. Without waiting for a response, he closed the door. Plot failed!
We continued packing very quickly. It was a chaotic scene. It was crucial to escape rapidly. We contacted Hujrah, asking her to please hurry.

## IN THE JUVENILE COURT OF CLAYTON COUNTY
## GEORGIA

IN THE INTEREST OF        )            CASE NO: 053118-00-01
                              )

A.G.W.                     )

*(stamp, right margin: 2018 JAN -9 PH 2: 54 — CLERK'S OFFICE JUVENILE COURT CLAYTON COUNTY GEORGIA)*

### ADULT WARRANT
### SIRAJ IBN WAHHAJ

     Upon application for a warrant by Captain Scott Stubbs, Clayton County Police Department, the Court having considered said application, and having examined said applicant, the Court makes the following findings and conclusions;

     The father, Siraj Ibn Wahhaj absconded with the above captioned child on or about December 1, 2017, and the whereabouts of the child are unknown. The mother stated that the father has not contacted her or other relatives to disclose his location nor to advise of the child's status. The mother further states that the child has severe medical issues, to-with: Hypoxic Ischemic Encephalopathy (HIE) and cannot walk and suffers seizures, and requires constant attention. Further, the mother states that the father made it known before absconding that he wanted to perform an exorcism on said child because he believes the child is possessed by the devil.

     Upon consideration of the foregoing allegations, the Court concludes that the probable cause exists for this Court to act as a court of inquiry pursuant to O.C.G.A. §15-11-7(a) for the purpose to examine or investigate the circumstances or causes of any conduct of acts of any person 17 years of more of age that may be in violation of the laws of this state. The Court is further authorized to cause such person to be apprehended and brought before it upon a Writ of Summons, a warrant duly issued, or by arrest, therefore;

     **IT IS HEREBY ORDERED AND ADJUDGED** that this **WARRANT** shall issue for the arrest of **SIRAJ IBN WAHHAJ**, and that any and all law enforcement of local, county, state, or federal authority and in any state of this union shall be authorized to take said person into custody and place him in the common jail of Clayton County, Georgia and brought forth with before this Court to determine probable cause upon a hearing.

     SO ORDERED the 9th day of January, 2018.

                                     _____

                                     Honorable Steven C. Teske
                                     Chief Judge, Juvenile Court of Clayton County

cc:  Clayton County Sheriff Department
     ATTACHMENT- Warrant/Pick-up Data Sheet

But (all this was)[467]
That Allah might test
What is in your breasts
And purge what is
In your hearts.
For Allah knoweth well
The secrets of your hearts.

155. Those of you[468]
Who turned back
On the day the two hosts
Met,—it was Satan
Who caused them to fail,
Because of some (evil)
They had done. But Allah
Has blotted out (their fault):
For Allah is Oft-forgiving,
Most Forbearing.

### SECTION 17.

156. O ye who believe!
Be not like the Unbelievers,
Who say of their brethren,
When they are travelling
Through the earth or engaged
In fighting: "If they had stayed
With us, they would not
Have died, or been slain."
This that Allah may make it
A cause of sighs and regrets

---

467. That testing by Allah is not in order that it may add to His knowledge, for He knows all. It is in order to help us subjectively, to mould our will, and purge us of any grosser motives, that will be searched out by calamity. If it is a hardened sinner, the test brings conviction out of his own self Cf. also iii. 140.

468. It was the duty of all who were able to fight, to fight in the sacred cause at Uḥud. But a small section were timid: they were not quite as bad as those who railed against Allah, or those who thoughtlessly disobeyed orders. But they still failed in their duty. It is our inner motives that Allah regards. These timorous people were forgiven by Allah. Perhaps they were given another chance: perhaps they rose to it and did their duty then.

INVESTIGATIVE SUMMARY
17064136
On Friday, December 15, 2017, at approximately 1700 hours, this **Captain,** CAPT.
W. S. STUBBS called Chilton County, Alabama Sheriffs Office at phone number (205)
755·2511.
Upon the operator answering the telephone I inquired into the delayed entry
response on December 13, 2017 at 0344 hours in reference to tag# RFN 3009. The
Operator advised she recalled that incident and it was involving a motor-vehicle collision
and that Alabama STATE TROOPER, EARNHARDT worked that traffic collision. I then
asked the Operator if she could have TROOPER EARNHARDT give me a call. The
Operator advised that TROOPER EARNHARDT was currently at that location and I could
speak with him.
TROOPER EARNHARDT then came on line and advised me that on Wednesday,
December 13, 2017, at 0130 hours he worked an accident on 1-65 in Chilton County.
TROOPER EARNHARDT advised it involved a SIRAJ IBN WAHHAJ and that he was
operating a 2004 Ford Explorer. He advised the vehicie rolled over and it was a single car
accident. TROOPER EARNHARDT advised that the tag number on the Ford Explorer was
Georgia # RGE 8599 and that the tag he ran was a tag that was laying in the vehicle.
TROOPER EARNHARDT advised the vehicle had been traveling North on 1-65 when the
driver of the vehicle, SIRAJ IBN WAHHAJ stated that he didn't remember what happened
and that the vehicle left the roadway on the right side shoulder. TROOPER EARNHARDT
advised that after leaving the roadway, the vehicle swerved in an attempt to re-enter the
roadway which caused the vehicle to overturn and come to rest on its roof. TROOPER
EARNHARDT advised that the accident was on 1-65 Northbound near mile marker 204.
BN#22416

In their hearts. It is Allah
That gives Life and Death,[469]
And Allah sees well
All that ye do.

157. And if ye are slain, or die,
In the way of Allah,
Forgiveness and mercy
From Allah are far better
Than all they could amass:[470]

158. And if ye die, or are slain,
Lo! it is unto Allah
That ye are brought together.

159. It is part of the Mercy
Of Allah that thou dost deal
Gently with them.[471]
Wert thou severe

وَلَئِن قُتِلْتُمْ فِى سَبِيلِ ٱللَّهِ أَوْ مُتُّمْ لَمَغْفِرَةٌ
مِّنَ ٱللَّهِ وَرَحْمَةٌ خَيْرٌ مِّمَّا يَجْمَعُونَ ۝

وَلَئِن مُّتُّمْ أَوْ قُتِلْتُمْ لَإِلَى ٱللَّهِ تُحْشَرُونَ ۝

فَبِمَا رَحْمَةٍ مِّنَ ٱللَّهِ لِنتَ لَهُمْ ۖ وَلَوْ كُنتَ فَظًّا غَلِيظَ
ٱلْقَلْبِ لَٱنفَضُّوا۟ مِنْ حَوْلِكَ ۖ فَٱعْفُ عَنْهُمْ وَٱسْتَغْفِرْ

469. It is want of faith that makes people afraid (1) of meeting death, (2) of doing their duty when it involves danger, as in travelling in order to earn an honest living, or fighting in a sacred cause. Such fear is part of the punishment for want of faith. If you have faith, there is no fear in meeting death, for it brings you nearer to your goal, nor in meeting danger for a sufficient cause, because you know that the keys of life and death are in Allah's hands. Nothing can happen without Allah's Will. If it is Allah's Will that you should die, your staying at home will not save you. If it is His Will that you should live, the danger you incur in a just cause brings you glory. Supposing it is His Will that you should lose your life in the danger, there are three considerations that would make you eager to meet it: (1) dying in doing your duty is the best means of reaching Allah's Mercy; (2) the man of faith knows that he is not going to an unknown country of which he has no news; he is going nearer to Allah; and (3) he is being "brought together" unto Allah; *i.e.,* he will meet all his dear ones in faith: instead of the separation which the souls without faith fear, he looks forward to a surer reunion than is possible in this life.

470. Notice a beautiful little literary touch here. At first sight you would expect the second person here ("*you* could amass"), to match the second person in the earlier clause. But remember that the second person in earlier clause refers to the man of faith, and the third person in the last line refers to the Unbelievers; as if it said: "Of course you as a man of faith would not be for hoarding riches: your wealth,–duty and the mercy of Allah,–is far more precious than anything the Unbelievers can amass in their selfish lives."

471. The extremely gentle nature of Muḥammad endeared him to all, and it is reckoned as one of the Mercies of Allah. One of the Prophet's titles is "A Mercy to all Creation." At no time was this gentleness, this mercy, this long-suffering with human weaknesses, more valuable than after a disaster like that at Uḥud. It is a quality, which then, as always, bound and binds the souls of countless men to him.

S.3 A.168-171     J. 4     الجزء الرابع     سورة آل عمران ٣

While they themselves
Sit (at ease): "If only
They had listened to us,
They would not have been slain."
Say: "Avert death
From your own selves,
If ye speak the truth."

169. Think not of those
Who are slain in Allah's way
As dead. Nay, they live,[477]
Finding their sustenance
From their Lord.

170. They rejoice in the Bounty
Provided by Allah:
And with regard to those
Left behind, who have not
Yet joined them (in their bliss),
The (Martyrs) glory in the fact
That on them is no fear,
Nor have they (cause to) grieve.[478]

171. They rejoice in the Grace
And the Bounty from Allah,
And in the fact that
Allah suffereth not
The reward of the Faithful
To be lost (in the least).

---

477. A beautiful passage about the Martyrs in the cause of Truth. They are not dead:
they live,—and in a far higher and deeper sense than in the life they have left. Even those
who have no faith in the Hereafter honour those that die in their cause, with the crown
of immortality in the minds and memories of generations unborn. But in Faith we see
a higher, truer, and less relative immortality. Perhaps "immortality" is not the right word
in this connection, as it implies a continuation of this life. In their case, through the
gateway of death, they enter the true real Life, as opposed to its shadow here.

478. The Martyrs not only rejoice at the bliss they have themselves attained. The
dear ones left behind are in their thoughts: it is part of their glory that they have saved
their dear ones from fear, sorrow, humiliation, and grief, in this life, even before they
come to share in the glories of the Hereafter.

Note how the refrain: "on them shall be no fear, nor shall they grieve": comes in
here with a new and appropriate meaning. Besides other things, it means that the dear
ones have no cause to grieve at the death of the Martyrs; rather have they cause to
rejoice.

Mubarakah sought my attention in different ways. She'd call my name, asking me to look at her pray or read Qur'an. The Qur'an would in turn affirm that she is a charlatan. As a result, I recommended that Ibn Siraj recite on her. As soon as Ibn started, my heart poured out to her because she was crying, desperately. Feeling troubled, I sought advice in the Qur'an. Allah forbade to hurt anyone who does not cause mischief.

The laws were gradually becoming clear. We were only supposed to hurt the ones who transgress, and Allah would show us the ones deserving of getting punished. As for the troublesome Umar, Allah ordered a long recitation on him. Within 20 minutes, Umar seemed overly exhausted to the point that he could barely move.

Ibn Siraj felt it was a sign to stop. While I was upstairs with Mubarakah, as instructed by Allah, Ibn Siraj informed me that Umar was inconsolable. Sadly, Allah ordered us to continue.

Within 10 minutes, Ibn Siraj seemed worried. He placed his ears on Umar's chest. Relieved that his heart was beating, Allah clarified that the jinni passed away but He will give him life again. Then 10 minutes later, he was back, filled with humility.

30

things deemed lawful for thousands of years, but are prohibited by Allah, will be difficult to overcome. Allah is exchanging a lifetime of corruption into authentic deeds.

For thousands of years, the Jews and the pharaohs have been breaking their covenant and have disbelieved in the revelations of Allah. They have slayed the prophets wrongfully. And for their saying: "Our hearts are hardened". No, but Allah has set a seal on their hearts for their disbelief, so that they believe not, except a few.

And because of the Jews' saying: "We slew the Messiah, Jesus, son of Mary, Allah's messenger in the cross." They slew him not, nor crucified him, but it appeared so to them; and those who disagree concerning it are in doubt thereof: they have no knowledge thereof except pursuit of a conjecture: they slew him not for certain.

But Allah raised him up to Himself, Allah is Mighty, Wise and now, Jesus will a witness against them. Because of the wrongdoings of those who were Jews, Allah made unlawful for them certain good things which were lawful before, and because they hindered many from Allah's way.

And of their taking usury and charging people interest, when they were forbidden it, and of their devouring people's wealth by wrongful means, like forbidden foods and products and committing unjust killings. Allah has prepared for those of them who disbelieve a painful punishment.

But those of them who are firm in knowledge, and the believers among them, will believe in what is revealed to me, and that which was revealed before me, especially the ones diligent in prayer and those who pay the compulsory charity, Zakat, the believers in Allah and the Last Day. To them Allah shall bestow a great reward.

Allah Himself bears witness concerning that which He is revealing to you, community of Jews, in His knowledge has He revealed it; and the angels also testify. And Allah is Sufficient for a Witness.

It is Him who sent revelation upon you, as He sent upon Noah, and the prophets after him. As He sent revelation upon Abraham and Ishmael, Isaac and Jacob, and the tribes, and Jesus and Job, and Jonah and Aaron and Solomon, and

6

1st book

All said He got us in the land because we knew nothing. All we did was follow the shayateens. We were ignorant of a lot of stuff. Allah wants to destroy all their doings and all they did were in vain. All said don't ascribe partners to Him after knowing this, He wanted to favor us above all people so we can so we can be great examples. The jinns afflict us with a lot of torment. They make disasters in mostly black people's marriage. Men are more into working or anything else more than their wives. Allah said for women, it's the biggest trial. Allah said for 40 nights we have to follow directions strictly. Enough time to change the bad cycle. Do right, don't follow the way of the mischief makers. Allah is not going to take this lightly. The whole world starts in success of families. Allah said when I first got married to Ibn, He had spoken to me straight through my thoughts. I could not see nor hear Him but He was inspiring me. If we follow the way of Allah, you will indeed follow me. Allah revealed everything to me. If you don't, it will be as if a mountain is falling, crashing down from Allah's anger. Do not play with the words of Allah. Glory e to Him. Turn into submission to His will and be true believers. Allah preferred me above all mankind by speaking to me, so hold tight what I'm giving you. Be grateful Allah placed me among you to guide you to what He orders. Allah said I will write in details all admonition and details of all things in a marriage to make it the way Allah wants it. Hold fast to it myself and command you all and the people to come to follow it. I will destroy the ways of the evil doers. I will turn away from Allah's revelations those who destroyed human kind and each sign Allah gave to me to give, they try to come in to belie it. When I give the right guidance for righteousness, they make us refuse it. But when the shayateens come up with error, the people believe it. That is because the shayateens make it priority to deny Allah's revelations and want us to disregard them. Anyone who deny Allah's revelations and the meeting of the Hereafter, we must make their work fruitless if you are truly believers. Do you guys want to reward them for what they do or work for Allah to destroy them by listening to His messengers? Don't you guys realize that when you were following them you were never truly happy? Don't you guys see that you were totally misguided? Choosing them is equal to choosing the wrong way opposite to Allah. If you fear the consequences of their chaos and want guidance, if you guys want Allah's mercy and forgiveness, follow the command lest you perish.

Whoever brings a good deed will have better than its worth and shall have no fear on the day of judgement. Whoever do not follow will be flung down on their faces in the fire. Allah did not create men and women to be partners without a marriage ceremony which takes nothing but 10 mns. Allah says He has been there for us. If we choose the opposite side, we can only blame ourselves, if we earn His anger. Allah says you are commanded only to serve Allah and everyone else will be on the Land and you are commanded to surrender. I will write what Allah says through the Qur'an. Whoever goes right goes right for his/her own self and whoever wants to stay astray, my job is to only warn. So Praise Allah who will show you His true commandments so you can know them. And Allah is never unaware of anything you do. There are the verses that makes plain what Allah wants you to know.

Allah is narrating to you the story of us and the Firauns, human but mostly shayateens. The Firauns exalted themselves on the earth and ruined its people. They chose especially the black to oppress, killing their sons and crushing the woman because they did not have to kill them because of their sensitive nature. They planned to destroy black families mostly, very careful planning. They turned black men into slaves, they turned fathers against the sons by thinking it's ok to be overly tough with them for them to survive this world of oppression and in turn abusing them. They forced us to allow our kids to watch tv to teach them indecencies. For instance, tv shows like Caillou seems innocent but

Ibn Siraj walked in with his baggage.  Relieved that he was safe, I made a prayer, showing gratitude to Allah, with humility. Having Ibn Siraj's support at all times, was crucial. It would also simplify the process of crushing Hakima's spells. However, there was one problem; Ibn Siraj would still have to visit Abdul Ghani. Therefore, Ibn Siraj decided that he'd just trust in Allah and stay away for a time.

Indeed, the following day, Allah summoned Ibn Siraj to go get Abdul Ghani so we can recite Qur'an on him. Right away, Ibn Siraj texted Hakima and informed her that he wanted to take Abdul Ghani for a time.  When he arrived there, she was getting ready to take a bath. Ibn Siraj benefitted from her absence in his presence, and quickly grabbed Abdul Ghani, along with his pistol she was carrying in her purse.  Within 20 minutes, he was back at the house.

Immediately, we started reciting Qur'an on him. He'd scream a lot and hold his mouth, as if he was in excruciating pain. Feeling bad, I peeked in the Qur'an for information. Allah specified that the poor child had knots under his tongue. Furthermore, Allah declared that this child was really my biological child. "What???" "What could this mean???" I thought, with my head spinning.

Suddenly I recalled a story, that my old Jamaican friend, Aisha once shared with me. She stated that she became pregnant, her belly was growing and she felt movements. As any normal pregnancy, 9 months later, she had contractions. However, when it was time to push, the doctor declared that there was no baby.

After narrating the story to Ibn, I concluded, saying: "The jinns took her baby or perhaps it was a jinn baby. It's all making sense now! The jinns stole my baby and gave him to Hakima!"

The moment I completed my sentence, Abdul Ghani leaned towards me, rubbed his head on my lap and shook his head, confirming my suspicions. It was really scandalous.

A few minutes after, Hakima started calling Ibn ongoingly, asking for Abdul Ghani's return.  "Abdul Ghani is not walking nor talking yet, it's not time" I exclaimed. Verifying with the Qur'an, Allah ordered us to keep him longer.

U.S. Department of Homeland Security      Continuation Page for Form <u>I-213</u>

| Alien's Name<br>**LEVEILLE, JANY** | File Number<br>**088 372 419**<br>Event No: **ABQ1808000014** | Date<br>**08/14/2018** |
|---|---|---|

Office of the Chief Counsel indicated that if LEVEILLE was issued the Employment
Authorization Document (EAD), by USCIS, under deferred action based on the approved I-360
petition, LEVEILLE may not be amendable to removal proceedings. But if not, LEVEILLE would
be amendable to removal. Form I-797, notice of action dated October 31, 2007 indicates that
LEVEILLE was granted deferred action for a period of 15 months from the date of the notice.
The I-797 notice of action indicates that in order to extend deferred action LEVEILLE would
either have to submit a request in writing for an extension or have an approved form I-765
for employment authorization. As stated above, LEVEILLE'S Employment Authorization Document
expired on April 16, 2018 and there is no record found that LEVEILLE has filed form I-765 to
request an extension of employment authorization or submitted a written request. Based on
this information LEVEILLE no longer has deferred action as her I-485 was denied and her EAD
expired in April 2018 a long with no record of requesting an extension.  With OCC
concurrence Jany LEVEILLE will be placed into immigration proceedings.

On August 14, 2018 LEVEILLE, Taos County Detention Center honored the I-247 detainer due to
the potential media interest in the case and Jany LEVEILLE was released ICE/ERO custody from
the Taos County Detention Center located in Taos, New Mexico. Deportation Officer J. Wasson
identified himself as a Deportation Officer with Immigration and Customs Enforcement. Upon
questioning, LEVEILLE was identified by biographical data, photo and her own admission.

LEVEILLE was transported to the Immigration and Customs Enforcement Office in Albuquerque,
NM for processing without incident.

RECORDS CHECKS:

A routine query of the ENFORCE/IDENT/IAFIS system, Criminal, and Immigration history checks
revealed the following:

IMMIGRATION HISTORY: 088 372 419

On June 24, 1998, LEVEILLE's last documented entry into the United States was at or near New
York City, NY as a B2 Visitor.
On April 17, 2006 LEVEILLE submits an I-130 petition under the name Jany Louis Jacques.
On May 5, 2007 LEVEILLE submits an I-360 petition under the name Jany Louis Jacques.
On October 31, 2007 USCIS sent approval notice for I-360 petition.
On May 1, 2008 LEVEILLE submits I-485 application to adjust status to permanent resident.
On May 16, 2008 USCIS sent rejection notice for I-485 application.
On July 21, 2008 LEVEILLE submits I-485 application to adjust status to permanent resident.
On July 28, 2008 USCIS sent rejection notice for I-485 application.
On December 23, 2008 USCIS sends approval notice for I-130 petition.
On May 1, 2017 LEVEILLE submits I-485 application to adjust status to permanent resident.
On April 16, 2018 LEVEILLE's Employment Authorization Document expires.
On June 29, 2018 USCIS sent rejection notice for I-485 application.

CRIMINAL HISTORY: No FBI Number

On August 8, 2018 LEVEILLE was charged in the Eighth Judicial District Court, County of
Taos, State of New Mexico with 11 counts of Child Abuse contrary to Section 30-6-1(D), NMSA
1978, a third-degree felony. Criminal Case is pending.

According to court documents the Taos Sheriff's Department found LEVEILLE in control of a
property, upon which eleven children resided. Trip hazards, wood with nails sticking up,

| Signature<br><br>        J 4294 WASSON | Title<br><br>          DO |
|---|---|

<u>  3  </u> of <u>  4  </u> Pages

Form I-831 Continuation Page (Rev. 08/01/07)

37. "Go back to them, and be sure
We shall come to them
With such hosts as they
Will never be able to meet:
We shall expel them
From there in disgrace,
And they will feel
Humbled (indeed)."

38. He said (to his own men):
"Ye Chiefs! which of you
Can bring me her throne[3273]
Before they come to me
In submission?"

39. A stalwart of the Jinn said:[3274]
"I will bring it to thee
Before thou rise from thy
Council: indeed I have
Full strength for the purpose,
And may be trusted."

40. Said one who had knowledge[3275]
Of the Book: "I will
Bring it to thee before ever
Thy glance returns to thee.
Then when (Solomon) saw it
Placed firmly before him,
He said: "This is

---

= her presents instead of her submission to the true Religion! He flung back the presents
at her, as much as to say, "Let these baubles delight your own hearts! Allah has blessed
me with plenty of worldly goods, and something infinitely better, viz.; His Light and
Guidance! Why do you say nothing about that?"

3273. The throne is symbolical of power and dignity. So far her throne was based
on material wealth: Solomon is going to alter it to a basis of Faith and the Religion of
Unity.

3274. *Ifrīt:* a large, powerful jinn.

3275. Solomon was thankful to Allah that he had men endowed with such power,
and he had the throne of Bilqīs transported to his Court and transformed as he desired,
without Bilqīs even knowing it.

12/20/2017
Aliases;
Notes:
  Hakamah Ramzi
**Age:**
intake ,apart • Ricky Porter
**Case Name: Ramzi,Hakamah**
**Case #: 17753725**
**INTAKE REPORT**
CHILD **PROTECTIVE SERVICES**
**Primary Caretaker**
**SSN: Language:** English

# 17064975

**No Role**
**Approx: N DOB:**
**Gender:** Female
**DOD:**
Reason:
**Ethnicity:** Unable to Determine (Non-Hispanic)
**Marital: Married**
**Addresses:**
I
# Phones:
# Aliases:
**Notes;**
**Residence** 7021 Tara Blvd. **Attn:**
Room 223 **Notes:**
Jonesboro, GA 30236-1647
Clayton

**Contact(678)** 754-5897 Ext.
## Victim
Wahhaj.Abdul G
**Notes:**
**ALLEGATION DETAIL**
**CALL NARRATIVE**
Top of Form
## Allegation(s)
Inadequate Supervision
*Document worker safety issues. special or sensitive case handling information on the Special Handling Window.*
**REPORTER'S ALLEGATIONS/GENERAL INFORMATION;**
Wort< Item #: 52449833
***Date/time of the Report: 12/3/2017 6:43 PM***
https://lwebmail.claytoncountyga.gov/owa/#viewmodel=ReadMessageItem&ItemID=AAMkADImYTIhN2Q5LWViNTEtNDVINS04ZDc3L

TVhNzkwNWZm... 3/8


**US v. Jany Leveille et al 22429**



12/20/2017

**ADDITIONAL COMMENTS:**
intake report - Ridty *Patet*
Case Name: RamzJ,Hakamah
Case#: 17753
**INTAKE REPORT**
CHILD PROTECTIVE **SERVICES**
# 17064975
Notified {Clayton} County on~ll SSS {Lanesha Evans} via telephone call on {12/3/2017} at {7:19 PM} regarding the {IMM} response time assignment. Advised SSS {Lanesha Evans} that the call was received on {12/3/2017} at {6:43 PM}. A follow up email was sent to SSS {Lanesha Evans} at {9:08 **PM}.**
*LOCATION OF CHILD: Directions. When the family is home. Where the victim can be seen.*
*Child's Name: Abdul Ghani Noah Ibn Siraj Wahhaj (One Child)*
*Location at the time of the report: 3072 Washington Rd East Point GA 30344*
Bollom of I=orm
**Intake Case Manager** Justification:

ICM Landrum recommends ISA of IMM RT. Maltreatment code N3 applies based on concerns of BFa performing "black magic" on VC due to belief that VC is possessed. Present danger has been identified based on safety threat Parent's Viewpoint of Child is Bizarre as evidenced by BFa believing the VC to be possessed. Immediate as VC is still currently with BFa and BFa believes the VC to be possessed. Clearly observable as BF a has practiced "black magic" on VC who is special needs and VC complained of feeling suffocated when held down. Significant as VC is special needs, unable to walk, nonverbal and BF a is practicing "black magic" on the VC. No CPS history located.
**Supervisory** Justification:

SSS, a. Thomas, assigns this report as an Initial Safety Assessment with an Immediate response time assign~d. Acco_rding to the reporter, BF a picked _the child up on Thursday and has not returned the child. BFa **and** the stepmother are performing
•black magic" exorcisms on the child which involve holding the child down. The reporter believes that the child was being suffocated while being held down. The child is special needs and is not able to walk or talk. The following maltreatment code(s) was identified at the time of intake: N3; Inadequate Supervision (Inadequate Care and Protection). The information ~

does cross the safety threshold and there is concern for the present safety of th~ child(ren) at this time as present danger − safety threats have been identified. The following present danger safety threat was identified at the time of intake: 3. Bizal'Te Behaviors. ICM was unable to locate any past CPS history at the time of intake.
https://Webmail.claytoncountyga.gov/owa/#Viawmodel=ReadMessageItem&ItemlO""-MMkADlmYTlhN2QSLWViNTEtNOV1NS04ZOc3I

**TVhNzkwNWZm... 6/8**


# US v. Jany Leveille et al 22432

Smirking, he changed his body's position away from me, clearly projecting that he was doubting my claims. However, deep down inside, he acknowledged the words as true, and sought forgiveness within himself. Then, he felt compelled to question my claim's authenticity of being the Mahdi. So, I read more messages, starting with Allah's acceptance of his repentance. That startled him even more, he knew he did not speak aloud. Once again, he turned his body, but this time, in my direction, smiling attentively.

The messages that followed hit it off for him. He was getting instructions to do things he prayed for, and in return, Allah promised him the beautiful women in the Garden of Paradise, in which rivers flow.

Ibn Siraj and Luqman were ordered to go back to our home and wait for the assailants. There, Ibn Siraj and Luqman were ordered to ambush them and gun them down. Allah further indicated that Ibn Siraj would survive the attack, but Luqman would die a martyr.

Since he always desired martyrdom in Allah's cause, he was set to go. He embraced his family and said goodbye. He approached Ibn Siraj, and asked him to please care for his family. Surely it was a sad moment, but we were there for each other. Without much delay, he entered his truck and drove towards our home to wait.

A few hours later, after 9:30 p.m., he texted Ibn Siraj, reporting seeing a suspicious white Chrysler. Afterwards, he said more cars were coming, just lurking around the house multiple times. He copied down their license plates. It was clearly time for Ibn Siraj to join Luqman.

The suspicious cars going back and forth, obviously were waiting for our cars to arrive. I suggested to Ibn Siraj to use my car, to trick them into believing he was not home, in order to bait them in. When Ibn Siraj arrived, he perceived what Luqman observed. Both warriors felt the intensity of the night, with the cars coming back and forth, gazing towards the house. Luqman and Ibn Siraj waited in their post, ready for action, looking left... looking right....

After several hours, the suspects were no longer creeping around. Ibn Siraj contacted me at sunrise, requesting to check with Allah. Allah implied that He was

12 BN#188

pleased with Ibn Siraj and Luqman, and that indeed, they were being tested and
passed the test.
And furthermore, He added that the muggers intended to assassinate our
whole family. Since Ibn Siraj's car was not on site, they ran in circles, hoping for
him to come on the premises. After hours of waiting, they concluded that Ibn Siraj
must be with Hakima, and planned to return the following night to make sure we
all taste the severe punishment, as if they gave us life.
Evidently, the next move was to move out of that cursed house. Ibn Siraj
promptly proposed going to his land in Alabama. We had to protect ourselves
from all these assassins. After asking Allah, through Surat-ul Kahf, He instructed
for us to leave by night. He stated that indeed we'd be the people of the cave.
We informed Hujrah of the plan. It was still early afternoon. We started
gathering everything we needed. Hujrah took the children to the laundromat to
wash some clothes before the trip. Ibn Siraj, Abdul Ghani and I remained in
Hujrah's apartment....

13 BN#189

I heard a strong knock at the door. Peeking at the door, I saw the police. "Why
would the police be at the door?" I whispered.
I quickly called Hujrah to notify her. She strongly believed maybe we made
too much noise, and the neighbors reported her. Judging that she was right, I felt
safe to tell Ibn Siraj to go talk to the officer.
When he greeted the police officer, I was standing by the door, staring at
the cop as to hear the conversation. But oddly, the cop seems to not notice me.
"How could he not?" I thought. I was standing right beside Ibn Siraj. Assuming
maybe it's best that way, I moved away.
The officer returned Ibn Siraj's greetings, and asked if he could have a word
with Ibn Siraj Wahhaj. Realizing then, that Allah purposely veiled me, I completely
left the room. Since Hujrah had my vehicle, they assumed I was completely
absent. Rushing to know what was happening, I opened up the Qur'an. Allah
stated that they plotted, but Allah plotted as well, and He is the Best of Plotters.
When Ibn Siraj came back in, I asked for details. He replied, saying: "They
were plotting, but Allah's plan gained mastery." I smiled in the affirmative. He
then proceeded saying, that Hakima and Muhammad were with the officer. Both
of them remained silent at first. Next, the officer initiated the conversation,
saying: "She just wants to see her son!"

14 BN#190

Feeling compassion for Hakima, Ibn Siraj agreed, then offered Abdul Ghani.
But, before she could fully grab him, her arrogance conquered her and she said,
obnoxiously: "Give me my son!" Ibn quickly pulled him back towards himself. He
perceived Abdul Ghani would not have been returned to him. With confidence, he
said piercingly: *a* No! You have to go to court." Feeling completely defeated, the
officer turned towards Hakima and said with frustration: {/Ma'am, we spoke about
this!"
It was no longer necessary to keep entertaining them. "This conversation is
over!" Ibn Siraj muttered, leaving them hanging. Without waiting for a response,
he closed the door. Plot failed!
We continued packing very quickly. It was a chaotic scene. It was crucial to
escape rapidly. We contacted Hujrah, asking her to please hurry.

15 BN#191

## IN THE JUVENILE COURT OF CLAYTON COUNTY
## GEORGIA

IN THE INTEREST OF )            CASE NO: 053118-00-01
                    )
                    )
A.G.W.              )

### ADULT WARRANT
### SIRAJ IBN WAHHAJ

Upon application for a warrant by Captain Scott Stubbs, Clayton County Police Department, the Court having considered said application, and having examined said applicant, the Court makes the following findings and conclusions;

The father, Siraj Ibn Wahhaj absconded with the above captioned child on or about December 1, 2017, and the whereabouts of the child are unknown. The mother stated that the father has not contacted her or other relatives to disclose his location nor to advise of the child's status. The mother further states that the child has severe medical issues, to-with: Hypoxic Ischemic Encephalopathy (HIE) and cannot walk and suffers seizures, and requires constant attention. Further, the mother states that the father made it known before absconding that he wanted to perform an exorcism on said child because he believes the child is possessed by the devil.

Upon consideration of the foregoing allegations, the Court concludes that the probable cause exists for this Court to act as a court of inquiry pursuant to O.C.G.A. §15-11-7(a) for the purpose to examine or investigate the circumstances or causes of any conduct of acts of any person 17 years of more of age that may be in violation of the laws of this state. The Court is further authorized to cause such person to be apprehended and brought before it upon a Writ of Summons, a warrant duly issued, or by arrest, therefore;

**IT IS HEREBY ORDERED AND ADJUDGED** that this **WARRANT** shall issue for the arrest of **SIRAJ IBN WAHHAJ**, and that any and all law enforcement of local, county, state, or federal authority and in any state of this union shall be authorized to take said person into custody and place him in the common jail of Clayton County, Georgia and brought forth with before this Court to determine probable cause upon a hearing.

SO ORDERED the 9th day of January, 2018.

Honorable Steven C. Teske
Chief Judge, Juvenile Court of Clayton County

cc: Clayton County Sheriff Department
    ATTACHMENT- Warrant/Pick-up Data Sheet

But (all this was)[467]
That Allah might test
What is in your breasts
And purge what is
In your hearts.
For Allah knoweth well
The secrets of your hearts.

155. Those of you[468]
Who turned back
On the day the two hosts
Met,–it was Satan
Who caused them to fail,
Because of some (evil)
They had done. But Allah
Has blotted out (their fault):
For Allah is Oft-forgiving,
Most Forbearing.

### SECTION 17.

156. O ye who believe!
Be not like the Unbelievers,
Who say of their brethren,
When they are travelling
Through the earth or engaged
In fighting: "If they had stayed
With us, they would not
Have died, or been slain."
This that Allah may make it
A cause of sighs and regrets

اِنَّ الَّذِيْنَ تَوَلَّوْا مِنْكُمْ يَوْمَ الْتَقَى الْجَمْعٰنِ
اِنَّمَا اسْتَزَلَّهُمُ الشَّيْطٰنُ بِبَعْضِ مَا كَسَبُوْا
وَلَقَدْ عَفَا اللّٰهُ عَنْهُمْ اِنَّ اللّٰهَ غَفُوْرٌ حَلِيْمٌ ۞

يٰٓاَيُّهَا الَّذِيْنَ اٰمَنُوْا لَا تَكُوْنُوْا كَالَّذِيْنَ كَفَرُوْا وَقَالُوْا
لِاِخْوَانِهِمْ اِذَا ضَرَبُوْا فِى الْاَرْضِ اَوْ كَانُوْا غُزًّى
لَوْ كَانُوْا عِنْدَنَا مَا مَاتُوْا وَمَا قُتِلُوْا لِيَجْعَلَ اللّٰهُ ذٰلِكَ
حَسْرَةً فِى قُلُوْبِهِمْ وَاللّٰهُ يُحْىٖ وَيُمِيْتُ
وَاللّٰهُ بِمَا تَعْمَلُوْنَ بَصِيْرٌ ۞

---

467. That testing by Allah is not in order that it may add to His knowledge, for He knows all. It is in order to help us subjectively, to mould our will, and purge us of any grosser motives, that will be searched out by calamity. If it is a hardened sinner, the test brings conviction out of his own self. *Cf.* also iii. 140.

468. It was the duty of all who were able to fight, to fight in the sacred cause at Uhud. But a small section were timid: they were not quite as bad as those who railed against Allah, or those who thoughtlessly disobeyed orders. But they still failed in their duty. It is our inner motives that Allah regards. These timorous people were forgiven by Allah. Perhaps they were given another chance: perhaps they rose to it and did their duty then.

INVESTIGATIVE SUMMARY
17064136
On Friday, December 15, 2017, at approximately 1700 hours, this **Captain,** CAPT.
W. S. STUBBS called Chilton County, Alabama Sheriffs Office at phone number (205)
755·2511.
Upon the operator answering the telephone I inquired into the delayed entry
response on December 13, 2017 at 0344 hours in reference to tag# RFN 3009. The
Operator advised she recalled that incident and it was involving a motor-vehicle collision
and that Alabama STATE TROOPER, EARNHARDT worked that traffic collision. I then
asked the Operator if she could have TROOPER EARNHARDT give me a call. The
Operator advised that TROOPER EARNHARDT was currently at that location and I could
speak with him.
TROOPER EARNHARDT then came on line and advised me that on Wednesday,
December 13, 2017, at 0130 hours he worked an accident on 1-65 in Chilton County.
TROOPER EARNHARDT advised it involved a SIRAJ IBN WAHHAJ and that he was
operating a 2004 Ford Explorer. He advised the vehicle rolled over and it was a single car
accident. TROOPER EARNHARDT advised that the tag number on the Ford Explorer was
Georgia # RGE 8599 and that the tag he ran was a tag that was laying in the vehicle.
TROOPER EARNHARDT advised the vehicle had been traveling North on 1-65 when the
driver of the vehicle, SIRAJ IBN WAHHAJ stated that he didn't remember what happened
and that the vehicle left the roadway on the right side shoulder. TROOPER EARNHARDT
advised that after leaving the roadway, the vehicle swerved in an attempt to re-enter the
roadway which caused the vehicle to overturn and come to rest on its roof. TROOPER
EARNHARDT advised that the accident was on 1-65 Northbound near mile marker 204.
BN#22416

In their hearts. It is Allah
That gives Life and Death,[469]
And Allah sees well
All that ye do.

157. And if ye are slain, or die,
In the way of Allah,
Forgiveness and mercy
From Allah are far better
Than all they could amass.[470]

158. And if ye die, or are slain,
Lo! it is unto Allah
That ye are brought together.

159. It is part of the Mercy
Of Allah that thou dost deal
Gently with them.[471]
Wert thou severe

وَلَئِنْ قُتِلْتُمْ فِي سَبِيلِ اللَّهِ أَوْ مُتُّمْ لَمَغْفِرَةٌ
مِنَ اللَّهِ وَرَحْمَةٌ خَيْرٌ مِمَّا يَجْمَعُونَ ۝

وَلَئِنْ مُتُّمْ أَوْ قُتِلْتُمْ لَإِلَى اللَّهِ تُحْشَرُونَ ۝

فَبِمَا رَحْمَةٍ مِنَ اللَّهِ لِنْتَ لَهُمْ وَلَوْ كُنْتَ فَظًّا غَلِيظَ
الْقَلْبِ لَانْفَضُّوا مِنْ حَوْلِكَ فَاعْفُ عَنْهُمْ وَاسْتَغْفِرْ

---

469. It is want of faith that makes people afraid (1) of meeting death, (2) of doing their duty when it involves danger, as in travelling in order to earn an honest living, or fighting in a sacred cause. Such fear is part of the punishment for want of faith. If you have faith, there is no fear in meeting death, for it brings you nearer to your goal, nor in meeting danger for a sufficient cause, because you know that the keys of life and death are in Allah's hands. Nothing can happen without Allah's Will. If it is Allah's Will that you should die, your staying at home will not save you. If it is His Will that you should live, the danger you incur in a just cause brings you glory. Supposing it is His Will that you should lose your life in the danger, there are three considerations that would make you eager to meet it: (1) dying in doing your duty is the best means of reaching Allah's Mercy; (2) the man of faith knows that he is not going to an unknown country of which he has no news; he is going nearer to Allah; and (3) he is being "brought together" unto Allah; i.e., he will meet all his dear ones in faith: instead of the separation which the souls without faith fear, he looks forward to a surer reunion than is possible in this life.

470. Notice a beautiful little literary touch here. At first sight you would expect the second person here ("you could amass"), to match the second person in the earlier clause. But remember that the second person in earlier clause refers to the man of faith, and the third person in the last line refers to the Unbelievers; as if it said: "Of course you as a man of faith would not be for hoarding riches: your wealth,—duty and the mercy of Allah,—is far more precious than anything the Unbelievers can amass in their selfish lives."

471. The extremely gentle nature of Muhammad endeared him to all, and it is reckoned as one of the Mercies of Allah. One of the Prophet's titles is "A Mercy to all Creation." At no time was this gentleness, this mercy, this long-suffering with human weaknesses, more valuable than after a disaster like that at Uhud. It is a quality, which then, as always, bound and binds the souls of countless men to him.

While they themselves
Sit (at ease): "If only
They had listened to us,
They would not have been slain."
Say: "Avert death
From your own selves,
If ye speak the truth."

مَا قُتِلُوا قُلْ فَادْرَءُوا عَنْ أَنْفُسِكُمُ الْمَوْتَ إِن كُنتُمْ صَادِقِينَ ﴿١٦٨﴾

169. Think not of those
Who are slain in Allah's way
As dead. Nay, they live,[477]
Finding their sustenance
From their Lord.

وَلَا تَحْسَبَنَّ الَّذِينَ قُتِلُوا فِي سَبِيلِ اللَّهِ أَمْوَاتًا بَلْ أَحْيَاءٌ عِندَ رَبِّهِمْ يُرْزَقُونَ ﴿١٦٩﴾

170. They rejoice in the Bounty
Provided by Allah:
And with regard to those
Left behind, who have not
Yet joined them (in their bliss),
The (Martyrs) glory in the fact
That on them is no fear,
Nor have they (cause to) grieve.[478]

فَرِحِينَ بِمَا آتَاهُمُ اللَّهُ مِن فَضْلِهِ وَيَسْتَبْشِرُونَ بِالَّذِينَ لَمْ يَلْحَقُوا بِهِم مِّنْ خَلْفِهِمْ أَلَّا خَوْفٌ عَلَيْهِمْ وَلَا هُمْ يَحْزَنُونَ ﴿١٧٠﴾

171. They rejoice in the Grace
And the Bounty from Allah,
And in the fact that
Allah suffereth not
The reward of the Faithful
To be lost (in the least).

يَسْتَبْشِرُونَ بِنِعْمَةٍ مِّنَ اللَّهِ وَفَضْلٍ وَأَنَّ اللَّهَ لَا يُضِيعُ أَجْرَ الْمُؤْمِنِينَ ﴿١٧١﴾

477. A beautiful passage about the Martyrs in the cause of Truth. They are not dead: they live,–and in a far higher and deeper sense than in the life they have left. Even those who have no faith in the Hereafter honour those that die in their cause, with the crown of immortality in the minds and memories of generations unborn. But in Faith we see a higher, truer, and less relative immortality. Perhaps "immortality" is not the right word in this connection, as it implies a continuation of this life. In their case, through the gateway of death, they enter, the true real Life, as opposed to its shadow here.

478. The Martyrs not only rejoice at the bliss they have themselves attained. The dear ones left behind are in their thoughts: it is part of their glory that they have saved their dear ones from fear, sorrow, humiliation, and grief, in this life, even before they come to share in the glories of the Hereafter.

Note how the refrain: "on them shall be no fear, nor shall they grieve": comes in here with a new and appropriate meaning. Besides other things, it means that the dear ones have no cause to grieve at the death of the Martyrs; rather have they cause to rejoice.

Mubarakah sought my attention in different ways. She'd call my name, asking me to look at her pray or read Qur'an. The Qur'an would in turn affirm that she is a charlatan. As a result, I recommended that Ibn Siraj recite on her. As soon as Ibn started, my heart poured out to her because she was crying, desperately. Feeling troubled, I sought advice in the Qur'an. Allah forbade to hurt anyone who does not cause mischief.

The laws were gradually becoming clear. We were only supposed to hurt the ones who transgress, and Allah would show us the ones deserving of getting punished. As for the troublesome Umar, Allah ordered a long recitation on him. Within 20 minutes, Umar seemed overly exhausted to the point that he could barely move.

Ibn Siraj felt it was a sign to stop. While I was upstairs with Mubarakah, as instructed by Allah, Ibn Siraj informed me that Umar was inconsolable. Sadly, Allah ordered us to continue.

Within 10 minutes, Ibn Siraj seemed worried. He placed his ears on Umar's chest. Relieved that his heart was beating, Allah clarified that the jinni passed away but He will give him life again. Then 10 minutes later, he was back, filled with humility.

30

things deemed lawful for thousands of years, but are prohibited by Allah, will be difficult to overcome. Allah is exchanging a lifetime of corruption into authentic deeds.

For thousands of years, the Jews and the pharaohs have been breaking their covenant and have disbelieved in the revelations of Allah. They have slayed the prophets wrongfully. And for their saying: "Our hearts are hardened". No, but Allah has set a seal on their hearts for their disbelief, so that they believe not, except a few.

And because of the Jews' saying: "We slew the Messiah, Jesus, son of Mary, Allah's messenger in the cross." They slew him not, nor crucified him, but it appeared so to them; and those who disagree concerning it are in doubt thereof: they have no knowledge thereof except pursuit of a conjecture: they slew him not for certain.

But Allah raised him up to Himself, Allah is Mighty, Wise and now, Jesus will a witness against them. Because of the wrongdoings of those who were Jews, Allah made unlawful for them certain good things which were lawful before, and because they hindered many from Allah's way.

And of their taking usury and charging people interest, when they were forbidden it, and of their devouring people's wealth by wrongful means, like forbidden foods and products and committing unjust killings. Allah has prepared for those of them who disbelieve a painful punishment.

But those of them who are firm in knowledge, and the believers among them, will believe in what is revealed to me, and that which was revealed before me, especially the ones diligent in prayer and those who pay the compulsory charity, Zakat, the believers in Allah and the Last Day. To them Allah shall bestow a great reward.

Allah Himself bears witness concerning that which He is revealing to you, community of Jews, in His knowledge has He revealed it; and the angels also testify. And Allah is Sufficient for a Witness.

It is Him who sent revelation upon you, as He sent upon Noah, and the prophets after him. As He sent revelation upon Abraham and Ishmael, Isaac and Jacob, and the tribes, and Jesus and Job, and Jonah and Aaron and Solomon, and

6

1st book

        All said He got us in the land because we knew nothing. All we did was follow the shayateens. We were ignorant of a lot of stuff. Allah wants to destroy all their doings and all they did were in vain. All said don't ascribe partners to Him after knowing this, He wanted to favor us above all people so we can so we can be great examples. The jinns afflict us with a lot of torment. They make disasters in mostly black people's marriage. Men are more into working or anything else more than their wives. Allah said for women, it's the biggest trial. Allah said for 40 nights we have to follow directions strictly. Enough time to change the bad cycle. Do right, don't follow the way of the mischief makers. Allah is not going to take this lightly. The whole world starts in success of families. Allah said when I first got married to Ibn, He had spoken to me straight through my thoughts. I could not see nor hear Him but He was inspiring me. If we follow the way of Allah, you will indeed follow me. Allah revealed everything to me. If you don't, it will be as if a mountain is falling, crashing down from Allah's anger. Do not play with the words of Allah. Glory e to Him. Turn into submission to His will and be true believers. Allah preferred me above all mankind by speaking to me, so hold tight what I'm giving you. Be grateful Allah placed me among you to guide you to what He orders. Allah said I will write in details all admonition and details of all things in a marriage to make it the way Allah wants it. Hold fast to it myself and command you all and the people to come to follow it. I will destroy the ways of the evil doers. I will turn away from Allah's revelations those who destroyed human kind and each sign Allah gave to me to give, they try to come in to belie it. When I give the right guidance for righteousness, they make us refuse it. But when the shayateens come up with error, the people believe it. That is because the shayateens make it priority to deny Allah's revelations and want us to disregard them. Anyone who deny Allah's revelations and the meeting of the Hereafter, we must make their work fruitless if you are truly believers. Do you guys want to reward them for what they do or work for Allah to destroy them by listening to His messengers? Don't you guys realize that when you were following them you were never truly happy? Don't you guys see that you were totally misguided? Choosing them is equal to choosing the wrong way opposite to Allah. If you fear the consequences of their chaos and want guidance, if you guys want Allah's mercy and forgiveness, follow the command lest you perish.

        Whoever brings a good deed will have better than its worth and shall have no fear on the day of judgement. Whoever do not follow will be flung down on their faces in the fire. Allah did not create men and women to be partners without a marriage ceremony which takes nothing but 10 mns. Allah says He has been there for us. If we choose the opposite side, we can only blame ourselves, if we earn His anger. Allah says you are commanded only to serve Allah and everyone else will be on the Land and you are commanded to surrender. I will write what Allah says through the Qur'an. Whoever goes right goes right for his/her own self and whoever wants to stay astray, my job is to only warn. So Praise Allah who will show you His true commandments so you can know them. And Allah is never unaware of anything you do. There are the verses that makes plain what Allah wants you to know.

        Allah is narrating to you the story of us and the Firauns, human but mostly shayateens. The Firauns exalted themselves on the earth and ruined its people. They chose especially the black to oppress, killing their sons and crushing the woman because they did not have to kill them because of their sensitive nature. They planned to destroy black families mostly, very careful planning. They turned black men into slaves, they turned fathers against the sons by thinking it's ok to be overly tough with them for them to survive this world of oppression and in turn abusing them. They forced us to allow our kids to watch tv to teach them indecencies. For Instance, tv shows like Calilou seems innocent but

Ibn Siraj walked in with his baggage.  Relieved that he was safe, I made a prayer, showing gratitude to Allah, with humility. Having Ibn Siraj's support at all times, was crucial. It would also simplify the process of crushing Hakima's spells. However, there was one problem; Ibn Siraj would still have to visit Abdul Ghani. Therefore, Ibn Siraj decided that he'd just trust in Allah and stay away for a time.

Indeed, the following day, Allah summoned Ibn Siraj to go get Abdul Ghani so we can recite Qur'an on him. Right away, Ibn Siraj texted Hakima and informed her that he wanted to take Abdul Ghani for a time.  When he arrived there, she was getting ready to take a bath. Ibn Siraj benefitted from her absence in his presence, and quickly grabbed Abdul Ghani, along with his pistol she was carrying in her purse.  Within 20 minutes, he was back at the house.

Immediately, we started reciting Qur'an on him. He'd scream a lot and hold his mouth, as if he was in excruciating pain. Feeling bad, I peeked in the Qur'an for information. Allah specified that the poor child had knots under his tongue. Furthermore, Allah declared that this child was really my biological child. "What???" "What could this mean???" I thought, with my head spinning.

Suddenly I recalled a story, that my old Jamaican friend, Aisha once shared with me. She stated that she became pregnant, her belly was growing and she felt movements. As any normal pregnancy, 9 months later, she had contractions. However, when it was time to push, the doctor declared that there was no baby.

After narrating the story to Ibn, I concluded, saying: "The jinns took her baby or perhaps it was a jinn baby. It's all making sense now! The jinns stole my baby and gave him to Hakima!"

The moment I completed my sentence, Abdul Ghani leaned towards me, rubbed his head on my lap and shook his head, confirming my suspicions. It was really scandalous.

A few minutes after, Hakima started calling Ibn ongoingly, asking for Abdul Ghani's return.  "Abdul Ghani is not walking nor talking yet, it's not time" I exclaimed. Verifying with the Qur'an, Allah ordered us to keep him longer.

Lucas Morton @uceppapp
CCC
P.D. Box 3540
Milan, NM 87024

RECEIVED
D STATES DISTRICT COURT
JQUERQUE, NEW MEXICO

MAR 04 2024

MITCHELL R. ELFERS
CLERK

Legal Mail

3-10-2024

U.S. District Court of New Mexico
333 Lomas Blvd NW Site 270
Albuquerque, NM 87102

CERTIFIED MAIL

9589 0710 5270 0449 2988 96

FIRST-CLASS



