IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CASE NO. 18-cr-02945-WJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SIRAJ IBN WAHHAJ, et al

    Defendants.

## Notice of Change of Address

Siraj Ibn Wahhaj, through undersigned counsel, hereby notifies the Court that his contact information has changed as described below.

The Tenth Circuit appointed undersigned counsel to represent Mr. Wahhaj in his direct appeal. Mr. Wahhaj represented himself pro se in this Court. Thus, to the extent any pleadings in this case are unrelated to the appeal, and therefore outside the scope of undersigned counsel's representation, they should be served on Mr. Wahhaj at the following address:

    Siraj Ibn Wahhaj
    Reg. No. 00414-151
    USP Canaan
    U.S. Penitentiary
    P.O. Box 300
    Waymart, PA 18472

Mr. Wahhaj further requests that his contact information be updated in all other cases in the District Court of New Mexico in which he represents himself pro se, including his civil case, No. 1:23-cv-00680-KWR-LF.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


*/s/ Jacob Rasch-Chabot*
JACOB RASCH-CHABOT
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: Jacob_Rasch-Chabot@fd.org
Attorney for Defendant

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 26, 2024, I filed the foregoing **Notice of Change of Address** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

Kimberly A Brawley kimberly.brawley@usdoj.gov, CaseView.ECF@usdoj.gov, USANM.ECFCriminalABQ@usdoj.gov, amy.figueroa@usdoj.gov, cynthia.gibbons@usdoj.gov, gregory.hutson@usdoj.gov

George C Kraehe george.kraehe@usdoj.gov, CaseView.ECF@usdoj.gov, USANM.ECFCriminalABQ@usdoj.gov, amy.figueroa@usdoj.gov

Thayenda Lee White thayenda_white@nmp.uscourts.gov, jacqueline_daughtry@nmp.uscourts.gov

Robert Christopher Sanchez robert_sanchez@nmp.uscourts.gov, beatrice_madrid@nmp.uscourts.gov

Angelica M Hall Angelica_Hall@fd.org, angelicamhall@gmail.com, nmabq-ecf@fd.org

Aric G. Elsenheimer aric_elsenheimer@fd.org, daniel_berg@fd.org, nmabq-ecf@fd.org

Wade Miller wade_miller@nmp.uscourts.gov

Jason Hunt jason_hunt@nmp.uscourts.gov

Jackson Tavo Hall tavo.hall@usdoj.gov, CaseView.ECF@usdoj.gov, USANM.ECFCriminalABQ@usdoj.gov, amy.figueroa@usdoj.gov, cynthia.gibbons@usdoj.gov

Frank Russo Frank.Russo2@usdoj.gov

Thomas M. Clark tmclark@cjplawsf.com, rserrano@cjplawsf.com

Katayoun A. Donnelly katy@kdonnellylaw.com

Gregory M. Acton gregoryacton@gmail.com, leahacton@yahoo.com

Darlene J Thompson Darlene_Thompson@nmp.uscourts.gov

Aric G. Elsenheimer daniel_berg@fd.org, nmabq-ecf@fd.org

<u>/s/ Jacob Rasch-Chabot</u><br>
JACOB RASCH-CHABOT<br>
Assistant Federal Public Defender

3